1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

APRIL KLEIN CRUZ,                                    )
                                                     )
                    Plaintiff(s),                    )        Case No. 2:13-cv-01557-JAD-NJK
                                                     )
vs.                                                  )        ORDER DENYING PROPOSED
                                                     )        DISCOVERY PLAN
RENT-A-CENTER WEST, INC., et al.,                    )
                                                     )        (Docket No. 13)
                    Defendant(s).                    )
_____                  )

        Pending before the Court is the Proposed Discovery Plan and Scheduling Order, Docket No.

13, which is hereby **DENIED**.  The proposed discovery plan is deficient in a number of respects.

First, the presumptive discovery period is 180 days from the date the first defendant answers or

appears.  Local Rule 26-1(e)(1).  The proposed plan seeks additional time by calculating a 182-day

period from October 14, 2013.  *See* Docket No. 13 at 2.[1]  The parties provide no explanation why

extended discovery is required.  Second, requests for extending discovery deadlines must be filed no

later than 21 days before the subject deadline sought to be extended.  *See* Local Rule 26-4.  The

_____

        [1] It is not clear to the Court why the parties chose to calculate the discovery period from October
14, 2013, as that is not the date of the filing of the answer (August 28, 2013), the filing of the answer to
the amended complaint (October 9, 2013), the holding of the Rule 26(f) conference (October 8, 2013),
or even the filing of the proposed discovery plan (October 11, 2013).  As Defendant first appeared on
August 28, 2013, the discovery period should be calculated from that date.  *See* Local Rule 26-1(e)(1).

submitted discovery plan misstates Local Rule 26-4.  *See* Docket No. 13 at 3.

Accordingly, the proposed discovery plan is **DENIED**.  The parties are ordered, no later than October 17, 2013, to file another proposed discovery plan that complies with the Local Rules.

IT IS SO ORDERED.

DATED: October 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2