Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Kevin S. Smith, Esq.
Nevada Bar No. 7184
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
702.727.1400; FAX 702.727.1401
kym.cushing@wilsonelser.com
kevin.smith@wilsonelser.com
Attorneys for Defendant RENT-A-CENTER WEST, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL KLEIN-CRUZ, an Individual, | Case No.: 2:13-cv-01557-JAD-NJK |
| Plaintiff, | |
| vs. | |
| RENT-A-CENTER WEST, INC., DOES I through X; and ROE CORPORATIONS XI through XX, Inclusive, | |
| Defendants. | |

## JUDGMENT

CAME ON FOR ARBITRATION HEARING the 9th day of September, 2014; plaintiff APRIL KLEIN-CRUZ appearing in person and by her attorney of record, DOUGLAS DUESMAN, ESQ.; and defendant RENT-A-CENTER WEST, INC. appearing by its designated representative and by its attorney, KEVIN S. SMITH, ESQ.  After hearing, the arbitrator, JAMES C. ARMSTRONG, ESQ., found in favor of RENT-A-CENTER WEST, INC.  The arbitration award was served on the parties by U.S. Mail on the 12th day of September, 2014.

THE COURT, pursuant to the Arbitration Agreement signed by the parties on June 9, 2012, hereby reduces the arbitration award to final judgment, as provided by 9 U.S.C. § 9.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be, and the same hereby is, entered in favor of defendant RENT-A-CENTER WEST, INC. and

698932v.1

against plaintiff APRIL KLEIN-CRUZ in Case No. 2:13-cv-01557-JAD-NJK, pending in the United States District Court for the District of Nevada.

Case No. 2:13-cv-01557-JAD-NJK, pending in the United States District Court for the District of Nevada, is hereby ORDERED DISMISSED WITH PREJUDICE. No trial date or pretrial/calendar call date has been set in this matter.

IT IS SO ORDERED this 13th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
Kym Samuel Cushing, Esq.
Kevin S. Smith, Esq.
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for Defendant
RENT-A-CENTER WEST, INC.

2

698932v.1